**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Orlando Raudel NUNEZ–PENA,**
**Defendant–Appellant.**

**No. 15–40194**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

**PER CURIAM:** *

Appealing the judgment in a criminal case, Orlando Raudel Nunez–Pena raises an argument that is foreclosed by *United States v. Martinez–Lugo,* 782 F.3d 198, 204–05 (5th Cir.2015), *petition for cert. filed* (June 19, 2015) (No. 14–10355), in which this court held that an enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(i) for a prior felony conviction that is a drug trafficking offense is warranted regardless whether the prior conviction required proof of remuneration or commercial activity. Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.